# CHARGES AND PENALTIES

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

**Jun 21, 2023**

**SEAN F. McAVOY, CLERK**

CASE NAME: DEMETRIO PAZ (aka "Demon")    CASE NO. 2:23-CR-70-MKD-1

TOTAL # OF COUNTS: 3    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§922(g)(1), 924(a)(8) | Felon in Possession of Firearms | CAG of not more than 15 years; up to a $250,000 fine; not more than 3 years of supervised release up to a life term; and $100 special assessment |
| 2 | 18 U.S.C. §§ 922(j), 924(a)(2) | Possession of Stolen Firearms | CAG of not more than 10 years; up to a $250,000 fine; not more than 3 years of supervised release up to a life term; and $100 special assessment |
| 3 | 18 U.S.C. § 933(a)(1), (a)(3), (b) | Firearms Trafficking | CAG of not more than 15 years; up to a $250,000 fine; not more than 3 years of supervised release up to a life term; and $100 special assessment |
|  | 18 U.S.C. § 924, 18 U.S.C. § 934, 28 U.S.C. § 2461(c) | Forfeiture Allegations |  |